UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rickey Ely,

        Plaintiff

   –v–

Charles J. Link, Jr., et al.,

        Defendants.

17-cv-3799 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court's order dated September 10, 2021, was filed in error and should be disregarded. Dkt. No. 37.

    SO ORDERED.

Dated: September 13, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1