UNITED STATES DISTRICT COURT
SOUTHOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/21

Ely,

        Plaintiff,

  –v–

Link et al.,

        Defendants.

17-cv-3799 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court will hold a hearing in this case tomorrow, November 2, 2021, at 3:00 p.m. The correct phone number by which the parties and members of the public may access that conference is (866) 248-8441, and confirmation code 9985967. The Court's prior order dated October 28, 2021, which indicated a different phone number was entered in error and should be disregarded.

SO ORDERED.

Dated: November 1, 2021
      New York, New York

                                             ALISON J. NATHAN
                                      United States District Judge