UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X
:
RICKEY ELY, Derivatively on Behalf of Nominal : Case No. 1:17-cv-03799
Defendant NEWLINK GENETICS CORPORATION, :
: HON. ALISON J. NATHAN
Plaintiff, :
:
vs. :
:
CHARLES J. LINK, JR., THOMAS A. RAFFIN, :
PAUL R. EDICK, PAOLO PUCCI, JOSEPH :
SALURI, ERNEST J. TALARICO, III, NICHOLAS :
VAHANIAN and LOTA S. ZOTH, :
:
Defendants, :
and :
:
:
NEWLINK GENETICS CORPORATION, :
:
Nominal Defendant. :
:
------------------------------------------- X

### [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR *IN CAMERA* REVIEW OF CONFIDENTIAL TIME RECORDS

Having considered Plaintiff's Unopposed Motion for *In Camera* Review of Confidential Time Records and finding good cause therefore:

IT IS HEREBY ORDERED that the motion is GRANTED.

SO ORDERED

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE