UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ely,<br><br>                    Plaintiff,<br><br>        –v–<br><br>Link et al.,<br><br>                    Defendants. | 17-cv-3799 (AJN)<br><br>ORDER |

ALISON J. NATHAN, District Judge:

The Court's preliminary approval order dated August 10, 2021, ordered Defendants to pay the Fee and Expense Amount into the Court Registry Investment System. Dkt. No. 36. Defendants deposited those funds on October 21, 2021. The Court on November 10, 2021, entered the parties' proposed final judgment to approve the settlement and attorneys' fees. Dkt. No. 54. That judgment did not properly instruct the escrow agent to disburse the funds to the appropriate parties.

The parties are therefore ORDERED to file, by November 23, 2021, a proposed order to effectuate the proper disbursement of the funds from CRIS. To draft the proposed order, the parties may request the assistance of the Southern District of New York's Finance and Cashier unit, available at (212) 805-0600.

SO ORDERED.

Dated: November 18, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge