```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X
:
RICKEY ELY, Derivatively on Behalf of Nominal :
Defendant NEWLINK GENETICS CORPORATION, :
: Case No. 1:17-cv-03799
Plaintiff, :
: HON. ALISON J. NATHAN
vs. :
:
CHARLES J. LINK, JR., THOMAS A. RAFFIN, :
PAUL R. EDICK, PAOLO PUCCI, JOSEPH :
SALURI, ERNEST J. TALARICO, III, NICHOLAS :
VAHANIAN and LOTA S. ZOTH, :
:
Defendants, :
and :
:
NEWLINK GENETICS CORPORATION, :
:
Nominal Defendant. :
:
------------------------------------------- X

## (PROPOSED) ORDER FOR DISBURSEMENT OF FUNDS

WHEREAS, funds in the amount of $375,000, were previously ordered deposited into the Court Registry Investment System (CRIS) by Order dated August 10, 2021. The funds plus any accrued interest in the CRIS in this action shall be withdrawn and disbursed as follows:

1. The Clerk of Court shall deduct from the investment the authorized fee from the earned income, as authorized by the Judicial Conference and set by the Director of the Administrative Office.

2. The remaining funds on deposit in CRIS including interest, shall be disbursed by the escrow agent via Electronic Funds Transfer (EFT) to Lifshitz Law Firm, P.C. ("LLF"), counsel for Plaintiff Rickey Ely. LLF shall provide the escrow agent with the information necessary to effectuate disbursal of said funds.

November 24, 2021
DATED: ~~November 23, 2021~~
New York, New York

SO ORDERED:

_____
THE HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

2